No. 10–1510. PRISON LEGAL NEWS v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–189. COLONY COVE PROPERTIES, LLC v. CITY OF CARSON, CALIFORNIA, ET AL. C. A. 9th Cir. Motions of Cato Institute et al. and Western Manufactured Housing Communities Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–6359. ALLEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

OCTOBER 19, 2011

No. 11–133. RAUSCH v. UNITED STATES. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 20, 2011

No. 11–6057. LOYD v. GEORGIA. Sup. Ct. Ga. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 25, 2011

No. 11A412. M. H. v. UNITED STATES. C. A. 9th Cir. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.